# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**Mary Elaine Spellman**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **6:12CR0009**

Andras Farkas
Defendant's Attorney

**THE DEFENDANT:**

[✔]  pleaded guilty to count: One
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC/CPC 273.6 | Violate a Protection Order | October 13, 2012 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X]  Count(s) Two is dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.        [X]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/15/2012
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
10/15/2012
Date

AO 245-CAED (Rev. 3/04) Sheet 3 - Supervised Probation                Case 6:12-cr-00009-MJS   Document 3   Filed 10/15/12   Page 2 of 2

| | | |
|---|---|---|
| CASE NUMBER: | 6:12CR009-001 MJS | Judgment - Page 2 of 2 |
| DEFENDANT: | MARY ELAINE SPELLMAN | |

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be on UNSUPERVISED PROBATION for a term of  12  MONTHS.

1. Pursuant to 18 USC 3563 (b)(10) the defendant shall remain in the custody of the Bureau of Prisons for seven (7) days with credit for three (3) days served for a total of four (4) days . The defendant is remanded to the custody of the U.S. Marshal.

2. Obey all laws.

3. Pay $25 penalty assessment forthwith, payment shall be made by check or money order, payable to Clerk, USDC and mailed to the United States District Court, Office of the Clerk, 2500 Tulare St. Rm. 1501, Fresno, CA  93721.